UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: 4:24cr-78 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| ANDRE V. KEENE | ) | 50 U.S.C. § 797 |
| | ) | Violation of Safety Regulation |
| | ) | |
| | ) | O.C.GA. § 16-5-60(b) |
| | ) | Reckless Conduct |

FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 1:58 pm, Aug 12, 2024

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
*Violation of Security Regulation*
50 U.S.C. § 797

On or about August 15, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ANDRE V. KEENE,**

did willfully violate Army Regulation 190-11 by bringing a weapon on Fort Stewart Military Reservation without it being registered to himself or registered with the installation, in violation of Title 50, United States Code, Section 797.

## COUNT TWO
*Reckless Conduct*
O.C.G.A. § 16-5-60

On or about August 15, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ANDRE V. KEENE,**

did endanger the bodily safety of another person by consciously disregarding a substantial and unjustifiable risk that his act and omission will cause harm or endanger the safety of the other person, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 16-5-60(b).

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Sarah N. Brettin*

Sarah N. Brettin
Special Assistant United States Attorney
DC Bar No. 1723920

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559